**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

|  |  |  |
|---|---|---|
| | * | |
| WILMA J. YOUNG, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | NO: 4:13CV00564   SWW |
| | * | |
| REMINGTON ARMS CO. LLC, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |

**<u>ORDER</u>**


Before the Court is plaintiff's motion to voluntarily dismiss her case without prejudice.

Defendant has no objection.

Pursuant to Fed.R.Civ.P. 41(a)(2), the Court hereby grants plaintiff's motion to dismiss

[ECF No. 33].  Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED  this 18th day of June, 2014.


<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE